POLICY NO.
**GA 80 72 010**

GENERAL—AUTOMOBILE LIABILITY POLICY
Form P5700 | **DECLARATIONS**

INSURANCE IS PROVIDED BY THE COMPANY DESIGNATED BELOW
(A stock insurance company, herein called the company)
231 NORTH MARTINDALE ROAD
SCHAUMBURG, ILLINOIS 60196

☒ **ZURICH INSURANCE COMPANY**

☐ **AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**

Item 1. Named Insured and Address:   (No., Street, Town or City, County, State)
ST. JOE MINERALS CORP. (SEE ENDT. #1)
250 PARK AVENUE
NEW YORK, N.Y.

Item 2. Policy Period:   (Mo. Day Yr.)
From  2-4-83   to   2-4-84
12:01 A.M., standard time at the address of the named Insured as stated herein.

Audit Period: Annual, unless otherwise stated.

Business of the named Insured is: MINING ORE DRILLING
SMELTING & WATER WORKS

The named Insured is:  ☐ Individual   ☐ Partnership   ☒ Corporation   ☐ Joint Venture   ☐ Other:

Item 3. The insurance afforded is only with respect to the following Coverage Part(s) indicated by an "X" (a) [or designated by Coverage Part Number(s)] and to such of the following Coverage(s) as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, or in each applicable Coverage Part, subject to all the terms of this policy having reference thereto.

| Coverage Part(s) | ☒ Comprehensive General Liability Insurance | | | | | ☐ Manufacturers' and Contractors' Liability Insurance | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ Completed Operations and Products Liability Insurance | | | | | ☐ Owners', Landlords' and Tenants' Liability Insurance† | | |
| Coverage(s) | A—Bodily Injury Liability | | B—Property Damage Liability | | | A—Bodily Injury Liability | B—Property Damage Liability | |
| Limits of Liability | each occurrence | aggregate | each occurrence | aggregate | | each occurrence | each occurrence | aggregate† |
| | $ PER GL 991 | $ | $ INCL. | $ | | $ | $ | $ |
| Advance Premium(s) | $ INCL. | | $ INCL. | | | $ | $ | |

† Aggregate not applicable if Owners', Landlords' and Tenants' Liability Insurance excludes structural alterations, new construction and demolition.

| Coverage Part(s) | ☒ Contractual Liability Insurance (Designated Contracts only) | | | ☐ Personal Injury Liability Insurance | ☐ Premises Medical Payments Insurance | |
|---|---|---|---|---|---|---|
| Coverage(s) | Y—Contractual Bodily Injury Liability | Z—Contractual Property Damage Liability | | P—Personal Injury Liability Refer to Coverage Part for applicable Groups of Offenses covered. | E—Premises Medical Payments Refer to Coverage Part for applicable Coverages. | |
| Limits of Liability | each occurrence $ PER GL 991 | each occurrence $ | aggregate $ | See Coverage Part for Limits of Liability | each person $ | each accident $ |
| Advance Premium(s) | $ INCL. | $ INCL. | | $ INCL. | $ | |

| Coverage Part(s) | ☐ Comprehensive Personal Insurance | | | ☐ Farmer's Comprehensive Personal Insurance | | |
|---|---|---|---|---|---|---|
| Coverage(s) | L—Personal Liability | M—Personal Medical Payments | | N—Physical Damage to Property | O—Animal Collision (applies only to Farmer's Comprehensive Personal Insurance) | Additional Charge Coverages L and |
| Limits of Liability | See Coverage Part for Limits of Liability | | | See Coverage Part Schedule for Limits of Liability | | X X X |
| Advance Premium(s) | $ | | | $ | | |

| Coverage Part(s) | ☐ Comprehensive Automobile Liability Insurance | | | ☐ Automobile Medical Payments Insurance | ☐ Uninsured Motorists Insurance | |
|---|---|---|---|---|---|---|
| Coverage(s) | C—Bodily Injury Liability | | D—Property Damage Liability | F—Automobile Medical Payments | U—Uninsured Motorists | |
| Limits of Liability | each person $ | each occurrence $ | each occurrence $ | each person $ | See Endorsement | |
| Advance Premium(s) | $ | | $ | $ | | |

(Refer to the following designated Coverage Part(s) for Coverages and Limits of Liability afforded thereunder.)

| Coverage Part(s) and Coverage Part No(s). | Advance Premium(s) | Coverage Part(s) and Coverage Part No(s). | | Advance Premium |
|---|---|---|---|---|
| Automobile Physical Damage Insurance | $ | Storekeeper's Insurance | | $ |
| Basic Automobile Liability Insurance | $ | INCIDENTAL PROF. LIA | 20 | $ INCL. |
| Garage Insurance | $ | | | $ |
| Owner's and Contractor's Protective Liability Insurance | ☐ $ | | | $ |

Form numbers of other Coverage Parts and/or endorsements attached at Issue.

Advance Premium $

Total Advance Premium for this policy. $ 114,000   $

*If the Policy Period is more than one year and the premium is to be paid in installments, premium is payable on:
1st Anniversary $        2nd Anniver

Effective Date [X]

WL/RA 5-2-83

Countersigned,
*Not applicable to Texas

By  **Mildred Frances**
Authorized Representative

IN 00000X-V
(12-7-7)   Ptd. in U.S.A.

THIS PART B, WITH "POLICY PROVISIONS—PART A", AND COVERAGE PART(S) AND ENDORSEMENT(S), (IF ANY), ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY

DR 3300029

EXHIBIT
tabbies
A



GENERAL AUTOMOBILE LIABILITY POLICY

83/84

**Zurich Insurance Company
American Guarantee And Liability
Insurance Company**

231 NORTH MARTINGALE ROAD
SCHAUMBURG, ILLINOIS 60196

POLICY PROVISIONS — PART A

## THE COMPANY DESIGNATED ON THE DECLARATIONS PAGE

(A stock insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the named insured as follows:

### DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"collapse hazard" includes "structural property damage" as defined herein and property damage to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, backfilling, tunneling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The collapse hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard or the underground property damage hazard, or (3) for which liability is assumed by the insured under an incidental contract;

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"explosion hazard" includes property damage arising out of blasting or explosion. The explosion hazard does not include property damage (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the named insured by independent contractors, or (3) included within the completed operations hazard or the underground property damage hazard, or (4) for which liability is assumed by the insured under an incidental contract;

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mixed-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1, of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

JF6300III-X-D
(6-75)
Ptd. in U.S.A.

DR 3300030

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"policy territory" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period.

"underground property damage hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom. "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (a) (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard, or (3) for which liability is assumed by the insured under an incidental contract.

## SUPPLEMENTARY PAYMENTS

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required

of the insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## CONDITIONS

1. Premium: All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period designated in the declarations as the audit period) the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

2. Inspection and Audit: The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

3. Financial Responsibility Laws: When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

4. Insured's Duties in the Event of Occurrence, Claim or Suit:

(a) In the event of an occurrence, written notice containing particulars sufficient



to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The insured shall cooperate with and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

5. Action Against Company: No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

6. Other Insurance: The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below;

(a) Contribution by Equal Shares. If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) Contribution by Limits. If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

7. Subrogation: In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

DR 3300031

Insert Part B here so that top edge butts against above fold to permit insured's name and address on Part B to appear through window.

Attach Coverage Part(s) and Endorsement(s) (If Any) Here

3. Changes: Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy, nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

9. Assignment: Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, such insurance as is afforded by this policy shall apply (1) to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the named insured, to the person having proper temporary custody thereof, as insured, but only until the appointment and qualification of the legal representative.

10. Three Year Policy: If this policy is issued for a period of three years any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period thereof.

11. Cancellation: This policy may be cancelled by the named insured by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be

effective. This policy may be cancelled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

12. Declarations: By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

IN WITNESS WHEREOF, the company has caused this policy to be executed on its behalf, but the same shall not be binding upon the company unless countersigned in the declarations page by a duly authorized agent of the company.

Secretary (American Guarantee)

United States Manager (Zurich)
President (American Guarantee)

L00001

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (BROAD FORM)

This endorsement modifies the provisions of this policy relating to ALL AUTOMOBILE LIABILITY, GENERAL LIABILITY AND MEDICAL PAYMENTS INSURANCE OTHER THAN FAMILY AUTOMOBILE, SPECIAL PACKAGE AUTOMOBILE, COMPREHENSIVE PERSONAL AND FARMER'S COMPREHENSIVE PERSONAL INSURANCE.

I. It is agreed that:

This policy does not apply:

A. Under any Liability Coverage, to bodily injury or property damage

(1) with respect to which an insured under this policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) resulting from the hazardous properties of nuclear material and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to bodily injury resulting from the hazardous properties of nuclear material and arising out of the operation of a nuclear facility by any person or organization.

C. Under any Liability Coverage, to bodily injury or property damage resulting from the hazardous properties of nuclear material, if

(1) the nuclear material (a) is at any nuclear facility owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

(2) the nuclear material is contained in spent fuel or waste at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) the bodily injury or property damage arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any nuclear facility, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to property damage to such nuclear facility and any property thereat.

II. As used in this endorsement;

"hazardous properties" include radioactive, toxic or explosive properties;

"nuclear material" means source material, special nuclear material or by-product material;

"source material", "special nuclear material", and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

"waste" means any waste material (a) containing by-product material other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content, and (b) resulting from the operation by any person or organization of any nuclear facility included under the first two paragraphs of the definition of nuclear facility;

"nuclear facility" means

(a) any nuclear reactor,

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing spent fuel, or (3) handling, processing or packaging waste,

(c) any equipment or device used for the processing, fabricating or alloying of special nuclear material if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of waste,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"property damage" includes all forms of radioactive contamination of property.

NEW YORK EXCEPTION: The "Nuclear Energy Liability Exclusion Endorsement (Broad Form)" does not apply to Automobile Liability Insurance in New York.

DR 3300032

COVERAGE PART

### COMPREHENSIVE GENERAL LIABILITY INSURANCE

For attachment to Policy No. ____ 80 72 010 ____, to complete said policy,

Location of all premises owned by, rented to or controlled by the named insured

Interest of named insured in such premises (check one)

☐ Owner  ☐ General Lessee  ☐ Tenant  ☐ Other ____

Part occupied by named insured

The following Hazards are insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

**SCHEDULE**

**General Liability Hazards**

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| Premises - Operations | | | B.I. | P.D. | Bodily Injury | Property Damage |
| AS PER SCHEDULE ON FILE WITH COMPANY | | | INCL. IN COMPOSITE RATE | | INCL. | INCL. |
| | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration (d) Receipts (e) Sales (f) Units (g) Admissions | Per Per 100 Sq. Ft. of Area Per Lineal Foot Per $100 of Remuneration Per $100 of Receipts Per $100 of Sales Per Unit Per 100 Admissions | | | |
| Escalators (Number of) or Premises | | Number Insured | Per Landing | | | |
| AS PER SCHEDULE ON FILE WITH COMPANY | | | INCL. IN COMPOSITE RATE | | INCL. | INCL. |
| Independent Contractors | | Cost | Per $100 of Cost | | | |
| AS PER SCHEDULE ON FILE WITH COMPANY | | | INCL. IN COMPOSITE RATE | | INCL. | INCL. |
| Completed Operations | | (a) Receipts | (a) Per $1,000 of Receipts | | | |
| AS PER SCHEDULE ON FILE WITH COMPANY | | | INCL. IN COMPOSITE RATE | | INCL. | INCL. |
| Products | | (b) Sales | (b) Per $1,000 of Sales | | | |
| AS PER SCHEDULE ON FILE WITH COMPANY | | | INCL. IN COMPOSITE RATE | | INCL. | INCL. |
| Total Advance B.I. and P.D. Premiums | | | | INCL. | INCL. | |

When used as a premium basis,

1. "Admissions" means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes.

2. "Cost" means the total cost to the named insured with respect to operations performed for the named insured during the policy period by independent contractors of all work let or sublet in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due.

3. "Receipts" means the gross amount of money charged by the named insured for such operations by the named insured or by others trading under his name for the following and including the policy period for admissions to any event, display, exhibition or entertainment conducted on the premises, and includes taxes, other than taxes which the named insured collects as a separate item and remits directly to a governmental division.

4. "Remuneration" means the entire remuneration earned during the policy period by proprietors and by all employees of the named insured, other than chauffeurs (except operators of mobile equipment) and aircraft pilots and co-pilots, subject to any overtime earnings or limitations of remuneration rule applicable in accordance with the manuals in use by this company.

5. "Sales" means the gross amount of money charged by the named insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured collects and such others collect as a separate item and remit directly to a governmental division.

DR000090

COVERAGE A—BODILY INJURY LIABILITY
COVERAGE B—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

A. bodily injury or

B. property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or

(2) any other automobile or aircraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any watercraft owned or operated by or rented or loaned to any insured, or

(2) any other watercraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

(1) liability assumed by the insured under an incidental contract, or

(2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable

(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or

(2) if not so engaged, as an owner or lessor of premises used for such purposes,

if such liability is imposed

(i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or

(ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;

but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to

(1) property owned or occupied by or rented to the insured,

(2) property used by the insured, or

(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(l) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from

(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or

(2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured;

but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the named insured after such products or work have been put to use by any person or organization other than an insured;

(n) to property damage to the named insured's products arising out of such products or any part of such products;

(o) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(q) to property damage included within:

(1) the explosion hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",

(2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",

(3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".

II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,

(i) an employee of the named insured while operating any such equipment in the course of his employment, and

(ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an insured under this paragraph (e) with respect to:

(1) bodily injury to any fellow employee of such person injured in the course of his employment, or

(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

Coverage A—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the declarations as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the declarations as "aggregate".

Coverage B—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the declarations as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the declarations as "aggregate":

(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;

(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.

Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

Coverages A and B—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.

[illegible]

[illegible]

LIABILITY

GL 20 15 (Ed. 07 66)
G 113
**ADDITIONAL INSURED**
(Vendors—Broad Form)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE**

This endorsement, effective ___ (12:01 A. M., standard time) ___, forms a part of policy No.   BO 72 010

issued to

by

_Mildred Francis_
Authorized Representative

SCHEDULE

Name of Vendor(s)          BLANKET          Description of Products(s)

It is agreed that the "Persons Insured" provision is amended to include any person or organization designated above (herein referred to as "vendor") as an insured, but only with respect to the distribution or sale in the regular course of the vendor's business of the named insured's products designated above subject to the following additional provisions:

1. The insurance with respect to the vendor does not apply to:

   (a) any express warranty unauthorized by the named insured;

   (b) bodily injury or property damage arising out of

       (i) any physical or chemical change in the form of the product made intentionally by the vendor,

       (ii) repacking, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instruction from the manufacturer and then repacked in the original container,

       (iii) demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product, or

       (iv) products which after distribution or sale by the named insured have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. The insurance does not apply to any person or organization, as insured, from whom the named insured has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products

AUTHENTIC

F14583

DR000109

(The Attaching Clause must be completed only when this endorsement is issued subsequent to preparation of the policy)

LIABILITY

GL 20 06 (Ed. 07 66)
S 106
ADDITIONAL INSURED
(Employees)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
COMPREHENSIVE GENERAL LIABILITY INSURANCE
MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE
OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE
OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE
STOREKEEPER'S INSURANCE

This endorsement, effective

(12.01 A. M., standard time)                    forms a part of policy No.   80 72 010

Issued to

by

Authorized Representative

It is agreed that the "Persons Insured" provision is amended to include any employee of the named insured while acting within the scope of his duties as such, but the insurance afforded to such employee does not apply:

1. to bodily injury to (a) another employee of the named insured arising out of or in the course of his employment or (b) the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof;

2. to property damage to property owned, occupied or used by, rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by (a) another employee of the named insured or (b) the named insured, or, if the named insured is a partnership or joint venture, any partner or member thereof.

F14584

DR000110

| POLICY NO. 80 72 010 | EFFECTIVE DATE 2-4-83 | AGENCY NO. 30 552 | ADD'L PREMIUM $ | RETURN PREMIUM $ |
|---|---|---|---|---|

Named Insured   **ST. JOE MINERALS CORP.**

This endorsement is issued by that company named in the Declarations of the policy designated above as the insurer under such policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in such Declarations.

## EMPLOYEE BENEFITS — LIABILITY COVERAGE

**Limits of Liability**

'1,000, CSL     Thousand Dollars each claim*
                Thousand Dollars aggregate

*Each claim subject to a $1,000 deductible

**Rates per Employee**

$_____     First 5,000
$_____     Next 5,000
$_____     Over 10,000

**Premium Basis**
Estimated No. of Employees

It is agreed, in consideration of the premium and in reliance upon the statements in the application and subject to the terms of this endorsement and of the policy to which this endorsement is attached as follows:

I. COVERAGE: The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages on account of any claim made against the insured by any employee, former employee, or the beneficiaries or legal representatives thereof, for injury caused by any negligent act, error or omission of the insured, or any other person for whose acts the insured is legally liable, arising out of the administration of employee benefits as defined herein.

II. DEDUCTIBLE: $1,000 shall be deducted from the amount of each claim covered under the terms of this endorsement and the Company shall be liable for loss only in excess of that amount. The Company may at its option investigate, negotiate, or settle any claim, and the insured agrees, if the Company undertakes to negotiate or settle any such claim, to join the Company in such negotiation or settlement to the extent of the amount to be deducted as herein provided or to reimburse the Company for such deductible amount, if and when such claim is paid by the Company.

III. The defense, settlement, supplementary payments and provisions of the policy shall apply as respects the coverage hereby afforded.

IV. POLICY PERIOD AND TERRITORY: This insurance applies only to claims brought against the Named Insured during the policy period within the United States of America, its territories or possessions or Canada, resulting form negligent acts, errors or omissions in the administration of Employee Benefits, provided the Named Insured, at

the effective date of this policy, had no knowledge of or could not have reasonable foreseen any circumstances which might result in such claim.

### DEFINITIONS

1. "INSURED": The unqualified word "insured" wherever used in relation to the insurance afforded hereby, includes not only the Named Insured, but also any partner, executive officer, director, stockholder or employee, provided such employee is authorized to act in the administration of the Employee Benefits.

2. "EMPLOYEE BENEFITS": The term "Employee Benefits" shall mean group life insurance, group accident and health insurance, profit sharing plans, pension plans, employee stock subscription plans, workmen's compensation, unemployment insurance, social security and disability benefits insurance.

3. "ADMINISTRATION": As respects the insurance afforded hereby, the unqualified word "Administration", wherever used shall mean:
   (a) Giving counsel to employees with respect to the Employee Benefits;
   (b) Interpreting Employee Benefits;
   (c) Handling of records in connection with Employee Benefits;
   (d) Effecting enrollment, termination or cancellation of employees under Employee Benefit Programs;
   performed by a person authorized by the Named Insured to do such acts.

Countersigned _____

_Mildred France_
Duly authorized agent

Form U-GL-108

F14585

DR000111

### EXCLUSIONS

The insurance afforded by this endorsement does not apply:

(a) To any dishonest, fraudulent, criminal or malicious act, libel, slander, discrimination or humiliation;

(b) To bodily injury to, or sickness, disease or death of any person, or to injury to or destruction of any tangible property, including the loss of use thereof;

(c) To any claim for failure of performance of contract by any Insured;

(d) To any claim based upon the Named Insured's failure to comply with any law concerning workmen's compensation, unemployment insurance, social security or disability benefits;

(e) To any claim base upon failure of stock to perform as represented by any Insured;

(f) To any claim based upon advice given by an Insured to participate or not to participate in stock subscription plans;

(g) To any liability imposed upon fiduciary, administrator, or other party in interest as defined in the Employee Retirement Income Security Act of 1974 (PL93-406), as now or hereafter amended asrespects any Employee Benefit plan.

The conditions of the policy entitled "Assistance and Co-operation of the Insured", "Action Against Company", "Other Insurance", "Subrogation", "Changes, Assignment", "Cancellation" apply to the insurance afforded hereby and the following Conditions apply:

A. LIMITS OF LIABILITY: The Limit of Liability stated above as applicable to "each claim" is the limit of the Company's liability for all damages incurred on account of any claim covered hereunder the limit of liability stated above as "aggregate" is subject to the above provision respecting each claim, the total limit of the Company's liability for all claims covered hereunder and occurring during each annual endorsement period. The inclusion herein of more than one Insured shall not operate to increase the limits of the Company's liability.

B. PREMIUM: The premium Stated above is an estimated premium only. The termination of each annual period covered by this endorsement, the Insured, on request, will furnish the Company a statement of the total number of employees at the end of the period and the earned premium shall be computed at the rates set forth above, on the basis of one-half of the sum of the total number of employees at the inception of the period and the total number of employees at the end of the period. If the earned premium thus computed exceeds the estimated advance premium paid, the Insured shall pay the excess to the Company; if less, the Company shall return to the Insured the unearned portion paid by such Insured subject to the Minimum premium for this insurance stated above.

C. NOTICE OF CLAIM OR SUIT: Irrespective of the application of the deductible amount, written notice of any claim or alleged negligent act, error or omission shall be given by or on behalf of the Insured to the Company. If suit is brought, the Insured shall immediately forward to the Company every summons or other process received by him.

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy, unless otherwise stated herein.

F14597

DR000123

COVERAGE PART                          PERSONAL INJURY LIABILITY INSURANCE                    L 9244

For attachment to Policy No.  80 72 010  , to complete said policy.

SCHEDULE

| Coverage | Limits of Liability | |
|---|---|---|
| P—Personal Injury Liability | 3,000,000  thousand dollars aggregate | % insured's Participation |

The insurance afforded is only with respect to personal injury arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges.

| Groups of Offenses | Advance Premiums |
|---|---|
| A. False Arrest, Detention or Imprisonment, or Malicious Prosecution | $ INCL. |
| B. Libel, Slander, Defamation or Violation of Right of Privacy | $ IN |
| C. Wrongful Entry or Eviction or Other Invasion of Right of Private Occupancy | $ COMPOSITE |
| Form numbers of endorsements attached at issue | RATE |

Total Advance Premium $  INCL.
Minimum Premium $

I. COVERAGE P—PERSONAL INJURY LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of injury (herein called "personal injury") sustained by any person or organization and arising out of one or more of the following offenses committed in the conduct of the named insured's business:

Group A—false arrest, detention or imprisonment, or malicious prosecution;

Group B—the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy, except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the named insured;

Group C—wrongful entry or eviction, or other invasion of the right of private occupancy;

If such offense is committed during the policy period within the United States of America, its territories or possessions, or Canada, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such personal injury even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement;

(b) to personal injury arising out of the willful violation of a penal statute or ordinance committed by or with the knowledge or consent of any insured;

(c) to personal injury sustained by any person as a result of an offense directly or indirectly related to the employment of such person by the named insured;

(d) to personal injury described in Group B, if the first injurious publication or utterance of the same or similar material by or on behalf of the named insured was made prior to the effective date of this insurance;

(e) to personal injury arising out of a publication or utterance described in Group B concerning any organization or business enterprise, or its products or services, made by or at the direction of any insured with knowledge of the falsity thereof.

II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated and his spouse;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to personal injury arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

III. LIMITS OF LIABILITY; INSURED'S PARTICIPATION

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain personal injury, or (3) claims made or suits brought on account of personal injury, the total limit of the company's liability under this coverage for all damages shall not exceed the limit of personal injury liability stated in the schedule as "aggregate".

If a participation percentage is stated in the schedule for the insured, the company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred percent and the balance of the loss shall be borne by the insured; provided, the company may pay the insured's portion of a loss to effect settlement of the loss, and, upon notification of the action taken, the named insured shall promptly reimburse the company therefor.

IV. ADDITIONAL DEFINITION

When used in reference to this insurance:

"damages" means only those damages which are payable because of personal injury arising out of an offense to which this insurance applies.

F14588

DR000112

COVERAGE PART        PREMISES MEDICAL PAYMENTS INSURANCE      J. 6428

For attachment to Policy No. 80 72 010     to complete said policy.

## SCHEDULE

The insurance afforded is only with respect to the following Coverage indicated by specific premium charge or charges. The limit of the company's liability against such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | Limits of Liability | Advance Premiums |
| --- | --- | --- |
| E—Premises Medical Payments | 10,000 dollars each person    50,000 dollars each accident | X X X |
| (a) Premises and operations | | $ |
| (b) Escalators | | $ |
| (c) Sports activities | | $ |
| Form numbers of endorsements attached at issue | | |
| | Total Advance Premium $ | |

## I. COVERAGE E—PREMISES MEDICAL PAYMENTS

The company will pay to or for each person who sustains bodily injury caused by accident if reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under this policy.

### Exclusions

This insurance does not apply:

(a) to bodily injury

(1) arising out of the ownership, maintenance, operation, use, loading or unloading of

(i) any automobile or aircraft owned or operated by or rented or loaned to any insured, or

(ii) any other automobile or aircraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to the parking of an automobile on the insured premises, if such automobile is not owned by or rented or loaned to any insured;

(2) arising out of (i) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity (ii) the operation or use of any snowmobile or trailer designed for use therewith;

(3) arising out of the ownership, maintenance, operation, use, loading or unloading of

(i) any watercraft owned or operated by or rented or loaned to any insured, or

(ii) any other watercraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to watercraft while ashore on the insured premises; or

(4) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(b) to bodily injury

(1) included within the completed operations hazard or the products hazard;

(2) arising out of operations performed for the named insured by independent contractors other than (i) maintenance and repair of the insured premises or (ii) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage (i) in violation of any statute, ordinance or regulation, (ii) to a minor, (iii) to a person under the influence of alcohol or (iv) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or, if not so engaged, is an owner or lessor of premises used for such purposes but only part (i) of this exclusion (b) (3) applies when the named insured is such an owner or lessor;

(4) due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(c) to bodily injury

(1) to the named insured, any partner therein, any tenant or other person regularly residing on the insured premises or any employee of any of the

foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest unless a premium charge is entered for sport activities in the policy with respect to Premises Medical Payments Coverage;

(d) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

## II. LIMITS OF LIABILITY

The limit of liability for Premises Medical Payments Coverage stated in the schedule as applicable to "each person" is the limit of the company's liability for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person", the total liability of the company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of liability stated in the schedule as applicable to "each accident".

When more than one medical payments coverage afforded by this policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

## III. ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"insured premises" means all premises owned by or rented to the named insured with respect to which the named insured is afforded coverage for bodily injury liability under this policy, and includes the ways immediately adjoining on land;

"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services.

## IV. POLICY PERIOD; TERRITORY

This insurance applies only to accidents which occur during the policy period within the United States of America, its territories or possessions, or Canada.

## V. ADDITIONAL CONDITION

### Medical Reports; Proof and Payment of Claim

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or the person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

F14687

DR000113

LIABILITY

Adv-3009
**CONTRACTUAL LIABILITY INSURANCE**
(Blanket Coverage—Broad Form)

This endorsement, effective

(12:01 A. M., standard time)          forms a part of policy No   80 72 010

Issued to

by

**SCHEDULE**

The insurance afforded for contractual liability is only with respect to such of the following Coverages as are indicated by a specific premium charge applicable thereto. The limits of the company's liability against each such Coverage shall be as stated herein  subject to all the terms of this policy having reference thereto.

| Advance Premiums | Limits of Liability | | Coverages |
|---|---|---|---|
| | each occurrence | aggregate | |
| INCL. PER GL 9916 | $ | $ | Contractual Bodily Injury Liability |
| $ | $ | | Contractual Property Damage Liability |
| $ | Total Advance Premium | | |

| Advance Premiums | | Rates | | Premium Bases | Code No. | Designation of Contracts on File or Known to the Company |
|---|---|---|---|---|---|---|
| Bodily Injury | Property Damage | B.I. | P.D. | (a) Cost (b) Sales | | |
| INCL. | INCL. | INCL. IN COMPOSITE RATE | | | | THAT PORTION OF ANY CONTRACT OTHER THAN A CONTRACT AS DEFINED IN THE POLICY, BY THE TERMS OF WHICH THE NAMED INSURED ASSUMES THE LIABILITY OF THE OTHER PARTY TO THE AGREEMENT |
| $ INCL. | $ INCL. | Total Advance B.I. and P.D. Premiums | | | | |

The following exclusions do not apply with respect to any "construction agreement":

The company, in consideration of the payment of the premium and subject to all of the provisions of this policy not expressly modified herein, agrees with the named insured as follows:

**1  COVERAGES—CONTRACTUAL BODILY INJURY LIABILITY**
                **CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The company will pay on behalf of the insured all sums which the insured, by reason of contractual liability assumed by him under any written contract of the type designated in the schedule for this insurance, shall become legally obligated to pay as damages because of

bodily injury or
property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend

(1) any arbitration proceeding wherein the company is not entitled to exercise the insured's rights in the choice of arbitrators and in the conduct of such proceedings, or

(2) any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**
This insurance does not apply:

(a) to liability assumed by the insured under any incidental contract;

(b) (1) if the insured is an architect, engineer or surveyor, to bodily injury or property damage arising out of professional services performed by such insured, including
   (i) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or
   (ii) supervisory, inspection or engineering services,

   (2) if the indemnitee of the insured is an architect, engineer or surveyor to the liability of the indemnitee, his agents or employees arising out of
   (i) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or
   (ii) the giving of or the failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the bodily injury or property damage;

(c) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident in any of the foregoing.

(d) to bodily injury or property damage for which the indemnitee may be held liable

(over)

F14582

DR000108

III. PERSONS INSURED

III. LIMITS OF LIABILITY

IV. ENDORSEMENT TERRITORY

V. ADDITIONAL DEFINITIONS

VI. ADDITIONAL CONDITIONS

Arbitration

Premium

(The Attach.... ..ooe need be completed only when this endorsement is issu......issued in preparation of the po.?>

GL 04 10 (Ed. 11 69)

G 209

REAL PROPERTY — LIABILITY — FIRE

LIABILITY

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY INSURANCE

MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE

OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE

STOREKEEPER'S INSURANCE

This endorsement, effective                    (12:01 A. M., standard time)          forms a part of policy No.   BO 72 010

Issued to

by

*Mildred France*

Authorized Representative

| Premium | Rate (per $100 of Limit) | Limit of Liability | Description of Property |
|---|---|---|---|
| $ INCL. | INCL. | $ 100,000   each occurrence | ALL REAL PROPERTY OR PREMISES NOT OWNED BY THE NAMED INSURED |

It is agreed that the Property Damage Liability Coverage applies to property damage to structures or portions thereof rented to or occupied by the named insured and described in this endorsement, including fixtures permanently attached thereto, if such property damage arises out of fire, subject to th following additional provisions:

1. With respect to the insurance provided by this endorsement, all of the exclusions of the policy, other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:

   This insurance does not apply to liability assumed by the insured under any contract or agreement.

2. The limit of liability stated in this endorsement applies separately to the insurance under this endorsement and is in lieu of any other limit o liability stated in the policy.

F14599

DR000125

GL 99 16

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated herein.

(The following information is required only when this endorsement is issued subsequent to preparation of policy.)

Endorsement effective 2-4-83   Policy No. 80 72 010   Endorsement No.

Named Insured ST. JOE MINERALS CORP. ET AL

Countersigned by _____
(Authorized Representative)

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE**
**CONTRACTUAL LIABILITY INSURANCE**
**MANUFACTURERS AND CONTRACTORS LIABILITY INSURANCE**
**OWNERS AND CONTRACTORS LIABILITY INSURANCE**
**OWNERS, LANDLORDS AND TENANTS LIABILITY INSURANCE**

---

**AMENDMENT—LIMITS OF LIABILITY**
(Single Limit)

(Policy Aggregate Limit)

**SCHEDULE**

| Coverages | Limits of Liability |
|---|---|
| Bodily Injury Liability and Property Damage Liability | $1,000,000 each occurrence<br>$1,000,000 aggregate |

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to Bodily Injury Liability and Property Damage Liability are amended to read as follows:

LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the Company's liability is limited as follows:

Bodily Injury Liability and Property Damage Liability:

(a) The limit of liability stated in the Schedule of this endorsement as applicable to "each occurrence" is the total limit of the company's liability for all damages including damages for care and loss of services because of bodily injury and property damage sustained by one or more persons or organizations as a result of any one occurrence, provided that with respect to any occurrence for which notice of this policy is given in lieu of security, or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province, such limit of liability shall be applied to provide the separate limits required by such law for Bodily Injury Liability and Property Damage Liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

(b) If an aggregate amount is stated in the Schedule, then, subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all bodily injury and property damage which occurs during each annual period while this policy is in force commencing from its effective date, shall not exceed the limit of liability stated in the Schedule of this endorsement as "aggregate".

(c) For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

GL 99 16 03 81

F14600


Zurich-American
Insurance Companies

# Endorsement #1

| Policy No. BD 72 010 | Eff. Date of Pol. 2-4-83 | Exp. Date of Pol. 2-4-84 | Eff. Date of End. 2-4-83 | Agency No. 30 552 | Add'l Premium $ | Return Premium $ |
|---|---|---|---|---|---|---|

Named Insured       ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)       250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY

ITEM: 1   (A)   NAMED INSURED:

ST. JOE MINERALS CORPORATION, ENERGY
RESEARCH CORPORATION, ST. JOE WORLDWIDE
EXPLORATION, COQUINA OIL CORPORATION, PEA RIDGE
IRON ORE, INC. AND/OR THEIR SUBSIDIARY, OWNED,
CONTROLLED, ASSOCIATED, AFFILIATED, AND
MANAGED COMPANIES AND/OR CORPORATIONS AS
NOW OR HEREAFTER MAY BE CONSTITUTED INCLUDING
ANY PARTNERSHIP, JOINT VENTURE OR CO-VENTURE
OF WHICH THE INSURED IS A PARTNER OR MEMBER AND
WHERE THE INSURED IS REQUIRED, OR UNDERTAKES TO
PROVIDE INSURANCE TO SUCH VENTURES, OTHERWISE
ONLY FOR THE INSURED'S PROPORTIONATE LIABILITY
OF SUCH VENTURE.

Countersigned _Mildred Francis_
Authorized Representative

U-GL-113-A (7-81 ed.)

ZUR 001397


Zurich-American
Insurance Companies

# Endorsement

| Policy No. | Eff. Date of Pol | Exp. Date of Pol. | Eff. Date of End | Agency No | Add'l Premium | Ret.— Prem. |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 30 552 | $ | $ |

Named Insured    ST. JOE MINERALS CORP; ET AL

Address (including Zip Code)    250 PARK AVE.,
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following

COMPREHENSIVE GENERAL LIABILITY

---

IT IS AGREED THAT THE PREMIUM FOR THE PERIOD 2-4-83 TO 2-4-84 IS $114,000.
IT IS PAYABLE AS FOLLOWS:

| DUE DATE | AMOUNT |
|---|---|
| 2-4-83 | $28,500 |
| 5-4-83 | 28,500 |
| 8-4-83 | 28,500 |
| 11-4-83 | 28,500 |

Countersigned
Authorized Representative                                    U-GL-134 i-8† ec.

F14602

DR000128



Zurich-American
Insurance Companies

# Endorsement   #3

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80.72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 30 552 | $ | $ |

Named Insured     ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)     250 PARK AVE.,
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following.

COMPREHENSIVE GENERAL LIABILITY

---

IT IS HEREBY AGREED THAT THE PREMIUM FOR THE PERIOD 2-4-83 TO 2-4-84 IS $114,000 AND SHALL BE COMPUTED ON THE BASIS OF THE COMPOSITE RATES AS FOLLOWS:

| ESTIMATED PAYROLL | COMPOSITE RATE PER $100 OF PAYROLL | ESTIMATED ANNUAL PREMIUM |
|---|---|---|
| $94,041,031 | .12122 | $114,000 |

Countersigned  *Mildred Francis*
Authorized Representative

U-GL-15-A 7-8 83

F14603

DR000129


Zurich-American
Insurance Companies

# Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured    ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

GENERAL LIABILITY

---

NOTICE OF OCCURRENCE

"IN THE EVENT OF AN OCCURRENCE OR LOSS, NOTICE THEREOF SHALL BE GIVEN BY OR ON
BEHALF OF THE INSURED TO THE COMPANY OR ITS AUTHORIZED AGENTS AS SOON AS
PRACTICABLE AFTER THE NAMED INSURED'S DIRECTOR OF RISK MANAGEMENT AT ITS
EXECUTIVE OFFICES BECOMES AWARE OF SUCH AN OCCURRENCE OR LOSS PROVIDED, HOWEVER,
THAT FAILURE TO GIVE NOTICE OF ANY OCCURRENCE WHICH AT THE TIME OF ITS HAPPENING
DID NOT APPEAR TO INVOLVE THIS POLICY BUT WHICH, AT A LATER DATE, WOULD APPEAR
TO GIVE RISE TO CLAIMS HEREUNDER, SHALL NOT PREJUDICE SUCH CLAIM.

Countersigned

Authorized Representative

U-GL-415-A (7-8) 00 1

F14604



Zurich-American
Insurance Companies

# Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Add'l Premium | Ret'n Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured    ST. JOE MINERALS CORP. ET AL

Address (including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY

IT IS AGREED THAT THE "DEFINITION OF OCCURRENCE IS AMENDED TO INCLUDE THE FOLLOWING:

"ANY INTENTIONAL ACT BY OR AT THE DIRECTION OF THE INSURED WHICH RESULTS IN BODILY INJURY OR PROPERTY DAMAGE ARISING FROM THE USE OF FORCE FOR THE PURPOSE OF PROTECTING PERSONS OR PROPERTY."

Countersigned _Mildred France_
                Authorized Representative

U-GL-113-A (7-3)  ed I

F14605

DR000131


Zurich-American
Insurance Companies

# Endorsement

| Policy No | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End | Agency No | Add'l Premium | Return Prem. |
|-----------|------------------|------------------|------------------|-----------|---------------|--------------|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured        ST. JOE MINERALS CORP.

Address (including Zip Code)        250 PARK AVENUE
                                    NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following

### GENERAL LIABILITY

---

IT IS HEREBY AGREED THAT:

ANY PERSON, ORGANIZATION, TRUSTEE OR ESTATE FOR WHOM THE INSURED IS OBLIGATED BY CONTRACT TO PROVIDE INSURANCE AFFORDED BY THIS POLICY IS AN ADDITIONAL INSURED WITH RESPECT TO:

1. ANY OPERATION, WORK OR JOB PERFORMED BY FOR OR ON BEHALF OF THE NAMED INSURED.

2. THE OWNERSHIP, MAINTENANCE OR USE OF ANY EQUIPMENT IN THE CARE, CUSTODY OR CONTROL OF THE NAMED INSURED.

3. ANY REAL PROPERTY LEASED FROM THE NAMED INSURED.

4. ANY REAL PROPERTY LEASED TO THE NAMED INSURED;

Countersigned    *Mildred Fras....*
                 Authorized Representative

U-GL-''14-478' 891

F14806

DR000132


Zurich-American
Insurance Companies

# Endorsement

| Policy No. | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End. | Agency No | Add'l Premium | Return Prem. |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured     ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the Insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

GENERAL LIABILITY

WAIVER OF SUBROGATION

IT IS AGREED AND UNDERSTOOD:

IN THE EVENT OF ANY PAYMENT UNDER THIS POLICY, THE COMPANY SHALL BE SUBROGATED TO THE EXTENT OF SUCH PAYMENT, TO ALL THE INSUREDS' RIGHTS OF RECOVERY THEREFORE, AND THE INSURED SHALL EXECUTE ALL PAPERS REQUIRED AND SHALL DO EVERYTHING THAT MAY BE NECESSARY TO SECURE SUCH RIGHTS, BUT THE COMPANY SHALL HAVE NO RIGHTS OF SUBROGATION AGAINST ANY PARENT OR OWNED OR CONTROLLED SUBSIDIARY OR AFFILIATED COMPANIES OR ANY NAMED INSURED. THE COMPANY WILL ACT IN CONCERT WITH ALL OTHER INTEREST CONCERNED, (INCLUDING THE INSURED) IN THE EXERCISE OF SUCH RIGHTS OF RECOVERY.

Countersigned _____
         Authorized Representative

U-GL-113-A (7-61) ed1

F14608

DR000134

Case: 4:16-cv-00429-HEA   Doc. #: 1-1   Filed: 03/29/16   Page: 24 of 46 PageID #: 37


Zurich-American
Insurance Companies

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Add'l Premium | Ret. Premium |
|------------|-------------------|-------------------|-------------------|------------|---------------|--------------|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured   ST. JOE MINERALS CORP.

Address (including Zip Code)   250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

GENERAL LIABILITY

---

INCIDENTAL PROFESSIONAL LIABILITY INSURANCE - DESIGNATED EMPLOYEES

IT IS AGREED THAT, ON THE WRITTEN REQUEST OF ST. JOE MINERALS CORP. THE COMPANY WILL PAY ON BEHALF OF PROFESSIONAL, SUPERVISORY OR MANAGEMENT PERSONNEL WORKING IN THE LEGAL, TAX OR INSURANCE DEPARTMENTS OF THE NAMED INSURED ALL SUMS WHICH SUCH PERSONNEL SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE OF ACTS OR OMISSIONS IN GIVING INCIDENTAL PROFESSIONAL ADVICE TO EMPLOYEES OF THE NAMED INSURED OR TO OTHERS.

IT IS FURTHER AGREED THAT THE COVERAGE PROVIDED BY THIS ENDORSEMENT SHALL ALSO APPLY ON THE WRITTEN REQUEST OF ST. JOE MINERALS CORP. TO ANY SAFETY PERSONNEL OF THE INSURED WHILE ACTING WITHIN THE SCOPE OF THEIR DUTIES AT SUCH.

THE COVERAGE PROVIDED BY THIS ENDORSEMENT SHALL NOT APPLY:

(A)  TO ANY SERVICES PERFORMED OR ADVICE GIVEN FOR WHICH A FEE HAS BEEN CHARGED.

(B)  TO ANY PROVEN AND MATERIAL DISHONEST, FRAUDULENT, CRIMINAL OR MALICIOUS ACT.

(C)  EXCEPT AS RESPECTS SAFETY PERSONNEL, TO BODILY INJURY OR DEATH OF ANY PERSON.

*Mildred France*

Countersigned _____

F14567

DR000093



Zurich-American
Insurance Companies

PAGE 2 OF 2
**Endorsement**

| Policy No. | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End | Agency No | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured      ST. JOE MINERALS CORP.

Address (including Zip Code)      250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

GENERAL LIABILITY

---

(D)   TO INJURY TO OR DESTRUCTION OF TANGIBLE PROPERTY, INCLUDING THE LOSS OF USE THEREOF; BUT THIS EXCLUSION SHALL BE WAIVED AS RESPECTS SAFETY PERSONNEL ON A CLAIM-BY-CLAIM BASIS AT THE OPTION OF ST. JOE MINERALS CORP.

(E)   TO ANY NEGLIGENT ACT, ERROR OR OMISSION IN THE ADMINISTRATION OF THE INSURED'S EMPLOYEE BENEFITS PROGRAM; OR

(F)   TO ANY CLAIM BASED UPON THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 OR SUCCESSOR LEGISLATION OR LIKE LEGISLATION.

THE LIMITS OF LIABILITY UNDER THIS ENDORSEMENT APPLY AS FOLLOWS:

$1,000,000 EACH CLAIM
$1,000,000 EACH AGGREGATE

Countersigned

F14568

DR000094


Zurich-American
Insurance Companies

**Endorsement**

| Policy No. | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End | Agency No | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured    ST. JOE MINERALS CORP. ET AL

Address (including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following

COMPREHENSIVE GENERAL LIABILITY

GENERAL LIABILITY
AMENDATORY ENDORSEMENT – ADDITIONAL DEFINITION

IT IS AGREED THAT THE FOLLOWING DEFINITION IS ADDED:

"LOADING OR UNLOADING" WITH RESPECT TO AN AUTOMOBILE, MEANS THE HANDLING OF PROPERTY AFTER IT IS MOVED FROM THE PLACE WHERE IT IS ACCEPTED FOR MOVEMENT INTO OR ONTO AN AUTOMOBILE OR WHILE IT IS IN OR ON AN AUTOMOBILE OR WHILE IT IS BEING MOVED FROM AN AUTOMOBILE TO THE PLACE WHERE IT IS FINALLY DELIVERED, BUT "LOADING OR UNLOADING" DOES NOT INCLUDE THE MOVEMENT OF PROPERTY BY MEANS OF A MECHANICAL DEVICE (OTHER THAN A HAND TRUCK) NOT ATTACHED TO THE AUTOMOBILE.

Countersigned _____
    Authorized Representative

F14689

U-GL 1154 (7-81 #2)

DR000095



Zurich-American
Insurance Companies

# Endorsement #11

| Policy No. 80 72 010 | Eff. Date of Pol. 2-4-83 | Exp. Date of Pol. 2-4-84 | Eff. Date of End. 2-4-83 | Agency No. 50 552 | Add'l Premium $ | Return Premium $ |
|---|---|---|---|---|---|---|

Named Insured  ST. JOE MINERALS CORP. ET AL.

Address (including Zip Code)  230 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the Insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY

### CROSS LIABILITY ENDORSEMENT

THE FOLLOWING CROSS LIABILITY CLAUSE IS MADE PART OF THIS POLICY:

THE INCLUSION OF MORE THAN ONE CORPORATION, PERSON, ORGANIZATION, FIRM OR ENTITY AS INSURED UNDER THIS POLICY SHALL NOT IN ANY WAY AFFECT THE RIGHTS OF ANY SUCH CORPORATION, PERSON, ORGANIZATION, FIRM OR ENTITY AS RESPECTS ANY CLAIM, DEMAND, SUIT OR JUDGMENT MADE, BROUGHT OR RECOVERED, BY OR IN FAVOR OF ANY OTHER INSURED, OR BY OR IN FAVOR OF ANY EMPLOYEE OF SUCH OTHER INSURED.  THIS POLICY SHALL PROTECT EACH CORPORATION, PERSON, ORGANIZATION, FIRM OR ENTITY IN THE SAME MANNER AS THOUGH A SEPARATE POLICY HAD BEEN ISSUED TO EACH, BUT NOTHING HEREIN SHALL OPERATE TO INCREASE THE COMPANY'S LIABILITY AS SET FORTH ELSEWHERE IN THIS POLICY BEYOND THE AMOUNT FOR WHICH THE COMPANY WOULD HAVE BEEN LIABLE IF ANY ONE PERSON OR INTEREST HAD BEEN NAMED AS INSURED.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

Countersigned  *Mildred France*
_____
Authorized Representative

U-GL-143-A (7-81 ed.)

ZUR 001408


Zurich-American
Insurance Companies

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured    ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the Insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY

PRODUCTS AND COMPLETED OPERATIONS
WORLDWIDE COVERAGE ENDORSEMENT

THE DEFINITION OF "POLICY TERRITORY" IS AMENDED BY ADDING THE FOLLOWING THERETO:

(4)   ANYWHERE IN THE WORLD, WITH RESPECT TO THE OPERATIONS OF ANY
NAMED INSURED DOMICILED IN THE UNITED STATES OF AMERICA,
PROVIDED THAT

(A)   IF CLAIM IS MADE OR SUIT IS BROUGHT ELSEWHERE THAN
WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES
OR POSSESSIONS OR CANADA, THE COMPANY SHALL HAVE THE
RIGHT BUT NOT THE DUTY TO INVESTIGATE AND SETTLE SUCH
CLAIM AND DEFEND SUCH SUIT AND,

(B)   IN ANY CASE IN WHICH THE COMPANY ELECTS NOT TO INVESTIGATE,
SETTLE OR DEFEND THE INSURED SHALL, UNDER THE SUPERVISION
OF THE COMPANY, MAKE OR CAUSE TO BE MADE SUCH INVESTIGATION
AND DEFENSE AS ARE REASONABLE NECESSARY, AND SUBJECT TO
PRIOR AUTHORIZATION BY THE COMPANY, WILL EFFECT TO THE
EXTENT POSSIBLE SUCH SETTLEMENT AS THE COMPANY AND INSURED
DEEM PRUDENT.

Countersigned _____
Authorized Representative

ZUR 001409


Zurich-American
Insurance Companies

PAGE 2 OF 2

**Endorsement**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 50 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 352 | $ | $ |

Named Insured    ST. JOE MINERALS CORP., ET AL

Address (including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY

THE COMPANY SHALL REIMBURSE THE NAMED INSURED FOR THE REASONABLE COST OF SUCH INVESTIGATION, SETTLEMENT OR DEFENSE. NOTHING HEREIN SHALL OBLIGATE THE COMPANY TO PAY ANY SUCH CLAIM, JUDGMENT OR TO DEFEND ANY SUCH SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

IT IS ALSO AGREED THAT SUCH INSURANCE AS AFFORDED BY THE POLICY SHALL APPLY TO CLAIMS ARISING OUT OF ACCIDENT OCCURRING OUTSIDE THE UNITED STATES OF AMERICA, ITS TERRITORIES OR ITS POSSESSIONS OF CANADA PROVIDED THE ORIGINAL SUIT FOR SUCH DAMAGES IS BROUGHT WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR ITS POSSESSIONS OF CANADA.

Countersigned _____
                        Authorized Representative

ZUR 001410


Zurich-American
Insurance Companies

**Endorsement** № 13

| Policy No. | Eff Date of Pol | Exp. Date of Pol | Eff Date of End | Agency No | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 8D 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured   ST. JOE MINERALS CORP. ET AL

Address (including Zip Code)   250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY

IT IS UNDERSTOOD AND AGREED THAT AS RESPECTS TO THE INSUREDS COAL, OIL

AND NATURAL GAS OPERATIONS, COVERAGE IS EXCLUDED UNDER THIS POLICY FOR

SEEPAGE AND POLLUTION, COST OF REDRILLING AND COST OF CONTROL

Countersigned _____
             Authorized Representative

U-GL-113-A (7-81 ed )

F14574

DR000100



Zurich-American
Insurance Companies

PAGE 1 OF 3

**Endorsement** #14

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured    ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

INCIDENTAL PROFESSIONAL LIABILITY ENDORSEMENT

THE COMPANY WILL PAY ON BEHALF OF THE INSURED ALL SUMS WHICH THE INSURED SHALL BECOME LEGALLY OBLIGATED TO PAY AS DAMAGES BECAUSE OF BODILY INJURY ARISING OUT OF THE RENDERING OF OR FAILURE TO RENDER, DURING THE POLICY PERIOD PROFESSIONAL SERVICES BY ANY PHYSICIAN, DENTIST, NURSE, TRAINED MEDICAL PERSONNEL WHILE EMPLOYED OR UNDER CONTRACT BY THE INSURED TO PROVIDE SUCH SERVICES IN THE COURSE OF HIS EMPLOYMENT.

THE COMPANY SHALL HAVE THE RIGHT AND DUTY TO DEFEND ANY SUIT AGAINST THE INSURED SEEKING SUCH DAMAGES EVEN IF ANY OF THE ALLEGATIONS OF THE SUIT ARE GROUNDLESS, FALSE OR FRAUDULENT, AND MAY MAKE SUCH INVESTIGATION AND SETTLE ANY CLAIM OR SUIT AS IT DEEMS EXPEDIENT, BUT THE COMPANY SHALL NOT BE OBLIGATED TO PAY ANY CLAIM OR JUDGMENT OR DEFEND ANY SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY THE PAYMENT OF JUDGMENTS OR SETTLEMENTS.

EXCLUSION:

THIS INSURANCE DOES NOT APPLY TO LIABILITY OF THE INSURED AS THE PROPRIETOR, SUPER-INTENDENT OR EXECUTIVE OFFICER OF ANY HOSPITAL, SANITARIUM, CLINIC WITH BED AND BOARD FACILITIES, OR BUSINESS ENTERPRISES.

Countersigned _____
                    Authorized Representative

ZUR 001412

Case: 4:16-cv-00429-HEA   Doc. #: 1-1   Filed: 03/29/16   Page: 32 of 46 PageID #: 45



Zurich-American
Insurance Companies

# Endorsement #14

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Addl Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured     ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)     250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIMIT

IT IS FURTHER AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THIS ENDORSEMENT ALSO APPLIES TO THE ADDITIONAL INTERESTS OF ANY PHYSICIAN, DENTIST, NURSE, TRAINED MEDICAL PERSONNEL EMPLOYED BY OR UNDER CONTRACT TO THE NAMED INSURED BUT SUCH EXTENSION OF COVERAGE APPLIES ONLY WITH RESPECT TO ANY MALPRACTICE, ERROR OR MISTAKE COMMITTED BY SUCH FOR THE NAMED INSURED.

THE INCLUSION OF SUCH ADDITIONAL INTEREST OR INTERESTS SHALL NOT OPERATE TO INCREASE THE LIMITS OF THE COMPANY'S LIABILITY.

DEFINITIONS:
1. THE DEFINITION OF "BODILY INJURY" IS AMENDED TO INCLUDE INJURY ARISING OUT OF THE RENDERING OF OR FAILURE TO RENDER PROFESSIONAL SERVICES BY ANY PHYSICIAN, DENTIST, NURSE OR TRAINED MEDICAL PERSONNEL WHILE EMPLOYED BY OR UNDER CONTRACT TO THE INSURED TO PROVIDE SUCH SERVICES.

2. "OCCURRENCE" MEANS AN ACCIDENT, INCLUDING INJURIOUS EXPOSURE TO CONDITION WHICH RESULTS IN INJURY DURING THE POLICY PERIOD.

3. "MALPRACTICE" MEANS MALPRACTICE, ERROR OR MISTAKE (A) IN RENDERING OR FAILING TO RENDER TO SUCH PERSON, OR INFLICTING INJURY, MEDICAL, SURGICAL, DENTAL OR NURSING TREATMENT, INCLUDING THE FURNISHING OF FOOD OR BEVERAGES IN CONNECTION THEREWITH OR (B) IN FURNISHING OR DEFENDING DRUGS OR MEDICAL, DENTAL OR SURGICAL SUPPLIES OR APPLIANCES, OR (C) IN HANDLING OR PERFORMING AUTOPSIES ON DECEASED HUMAN BODIES.

EXCEPT AS DEFINED HEREIN, THE POLICY DOES NOT APPLY TO MALPRACTICE.

Countersigned _Mildred Frances_
         Authorized Representative

ZUR 001413

Case: 4:16-cv-00429-HEA   Doc. #: 1-1   Filed: 03/29/16   Page: 33 of 46 PageID #: 46



Zurich-American
Insurance Companies

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol | Eff. Date of End. | Agency No. | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured    ST. JOE MINERALS CORP., ET AL

Address (including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the Insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

> This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:
>
> COMPREHENSIVE GENERAL LIABILITY

EXCLUSION:

THE ENDORSEMENT DOES NOT APPLY:

(A)   TO INJURY ARISING OUT OF THE PERFORMANCE OF CRIMINAL ACT OR CAUSED BY A PERSON WHILE UNDER THE INFLUENCE OF INTOXICATION OR NARCOTICS.

(B)   TO LIABILITY ASSUMED BY THE INSURED UNDER ANY AGREEMENT GUARANTEEING THE RESULT OF ANY TREATMENT;

(C)   TO ANY USE OF X-RAY APPARATUS FOR THERAPEUTIC TREATMENT, TO ANY USE OF RADIUM, OR TO THE PRESCRIBING OF X-RAY OR RADIUM DOSAGES;

(D)   TO ANY OBLIGATION FOR WHICH THE INSURED OR ANY CARRIER AS HIS INSURER MAY BE HELD LIABLE UNDER ANY WORKMEN'S OR UNEMPLOYMENT COMPENSATION, DISABILITY BENEFITS OR SIMILAR LAW;

(E)   TO LIABILITY OF AN INSURED, IF ANY INDIVIDUAL, FOR HIS PERSONAL ACTS OR OMISSIONS ARISING OUT OF ACTIVITIES TOTALLY UNRELATED TO THE NAMED INSURED;

(F)   THE HANDLING OF OR PERFORMING OF AUTOPSIES ON DEAD BODIES;

(G)   TO BODILY INJURY OR DUE TO RENDERING OF OR FAILURE TO RENDER ANY COSMETIC, EAR PIERCING, MASSAGE, EXCEPT FOR HEART FAILURE, OR SUSPECTED HEART FAILURE, CHIROPRACTIC SERVICES, CHIROPODY SERVICE OR TREATMENT OR THE PRESCRIBING AND/OR FURNISHING OF VISUAL OR AUDIO AIDS OR DEVICES.

Countersigned _____
       Authorized Representative

ZUR 001414

Case: 4:16-cv-00429-HEA   Doc. #: 1-1   Filed: 03/29/16   Page: 34 of 46 PageID #: 47



Zurich-American
Insurance Companies

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 532 | $ | $ |

Named Insured     ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)     250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the Insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY

---

WITH RESPECT TO THE INSURANCE AFFORDED BY THIS ENDORSEMENT

(A) THE DEFENSE, SETTLEMENT, SUPPLEMENTARY PAYMENTS, INSURING AGREEMENT AND THE ASSISTANCE AND COOPERATION OF THE INSURED CONDITION OF THE POLICY SHALL NOT APPLY TO THIS INSURANCE INSOFAR AS THEY REFER TO EXPENSES INCURRED BY THE INSURED FOR IMMEDIATE MEDICAL AND SURGICAL RELIEF TO OTHERS IMPERATIVE AT THE TIME OF THE ACCIDENT.

(B) UPON THE INSURED BECOMING AWARE OF ANY ALLEGED INJURY COVERED HEREIN, WRITTEN NOTICE SHALL BE GIVEN BY OR ON BEHALF OF THE INSURED, IN ACCORDANCE WITH THE NOTICE OF ACCIDENT CONDITION OF THE POLICY.

(C) REGARDLESS OF THE NUMBER OF (1) INSUREDS UNDER THIS POLICY, (2) PERSONS OR ORGANIZATIONS WHO SUSTAIN BODILY INJURY OR PROPERTY DAMAGE, OR (3) CLAIMS MADE OR SUITS BROUGHT ON ACCOUNT OF BODILY INJURY OR PROPERTY DAMAGE, THE COMPANY'S LIABILITY IS LIMITED AS FOLLOWS:

THE TOTAL LIABILITY OF THE COMPANY FOR ALL DAMAGES, INCLUDING DAMAGES FOR CARE AND LOSS OF SERVICES, BECAUSE OF BODILY INJURY SUSTAINED BY ONE OR MORE PERSONS AS THE RESULT OF ANY ONE OCCURRENCE SHALL NOT EXCEED THE LIMIT OF BODILY INJURY LIABILITY STATED IN THE DECLARATIONS AS APPLICABLE TO "EACH OCCURRENCE".

Countersigned     _Mildred France_
Authorized Representative

ZUR 001415

Case: 4:16-cv-00429-HEA   Doc. #: 1-1   Filed: 03/29/16   Page: 35 of 46 PageID #: 48


Zurich-American
Insurance Companies

## Endorsement #14

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End | Agency No. | Add'l Premium | Return Premium |
|------------|-------------------|-------------------|------------------|------------|---------------|----------------|
| 80 72 010  | 2-4-83            | 2-4-84            | 2-4-83           | 50 552     | $             | $              |

Named Insured   ST. JOE MINERALS CORP. ET AL

Address (including Zip Code)   250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY

---

(D)   EXCESS INSURANCE:

IF THERE IS OTHER INSURANCE AGAINST A LOSS COVERED UNDER THIS ENDORSEMENT THE INSURANCE PROVIDED UNDER THIS POLICY SHALL BE EXCESS INSURANCE OVER ANY OTHER VALID AND COLLECTIBLE INSURANCE AND SHALL BE NON CONTRIBUTORY.

THE LIMITS OF LIABILITY UNDER THIS ENDORSEMENT APPLY AS FOLLOWS:

$1,000,000 EACH CLAIM

$1,000,000 EACH AGGREGATE

Countersigned _Mildred France_
Authorized Representative

ZUR 001416


Zurich-American
Insurance Companies

**Endorsement** #13

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol | Eff. Date of End | Agency No | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured        ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)        250 PARK AVENUE
                                    NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following

COMPREHENSIVE GENERAL LIABILITY

IT IS AGREED THAT SUCH INSURANCE AS IS AFFORDED BY THE POLICY IS HEREBY EXTENDED
TO INCLUDE THE FOLLOWING ENTITIES.

1 —  PARK 250 ASSOCIATES
     444 MADISON AVENUE
     NEW YORK, N.Y. 10022

2 —  BEAVER COUNTY INDUSTRIAL DEVELOPMENT AUTHORITY, AS
     RESPECTS BOND ISSUE FOR ANTI POLLUTION CONTROLS AT
     INSUREDS JOSEPHTOWN LOCATION.

3 —  EQUIBANK, N.A. AS RESPECTS BOND ISSUE FOR ANTI-POLLUTION
     CONTROLS AT THE INSUREDS JOSEPHTOWN LOCATION.

Mildred France

Countersigned _____
              Authorized Representative

F14580

U-G-1154 (*61 ed)

DR000106


Zurich-American
Insurance Companies

# Endorsement #16

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No. | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-93 | 2-4-84 | 2-4-83 | 50 55% | $ | $ |

Named Insured ·     ST. JOE MINERALS CORP. ET AL

Address (including Zip Code)     250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

> This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:
>
> ### COMPREHENSIVE GENERAL LIABILITY

### PERSONAL INJURY

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE DEFINITION OF PERSONAL INJURY IS AMENDED TO INCLUDE THE FOLLOWING:

"PERSONAL INJURY" INCLUDES BUT IS NOT LIMITED TO BODILY INJURY, MENTAL INJURY, MENTAL ANGUISH, PAIN, SHOCK, SICKNESS OR DISEASE SUSTAINED BY ANY PERSON WHICH OCCURS DURING THIS POLICY PERIOD, INCLUDING DEATH AT ANY TIME RESULTING THEREFROM.

Countersigned _____
        Authorized Representative

ZUR 001418


Zurich-American
Insurance Companies

# Endorsement #17

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol | Eff. Date of End. | Agency No. | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 30 352 | $ | $ |

Named Insured     ST. JOE MINERALS CORP. ET AL

Address (including Zip Code)     250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the Insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

### NON-OWNED WATERCRAFT COVERAGE

---

IT IS AGREED THAT EXCLUSION (E) OF THE COMPREHENSIVE GENERAL LIABILITY COVERAGE PART DOES NOT APPLY WITH RESPECT TO BODILY INJURY OR PROPERTY DAMAGE ARISING OUT OF THE MAINTENANCE OPERATION OR USE, INCLUDING LOADING OR UNLOADING, OF ANY WATERCRAFT UNDER 50 FEET IN LENGTH, PROVIDED SUCH WATERCRAFT IS NOT OWNED BY THE NAMED INSURED OR IS NOT BEING USED TO CARRY PERSONS FOR A CHARGE.

Countersigned _____
     Authorized Representative

U-GL-113-A (7-81 ed.)

ZUR 001419


Zurich-American
Insurance Companies

# Endorsement r13

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No | Add'l Premium | Ret'n Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured      ST. JOE MINERALS CORP. ET AL

Address (including Zip Code)      250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following.

### COMPREHENSIVE GENERAL LIABILITY

---

WORLDWIDE COVERAGE

IT IS AGREED:

1. SUCH INSURANCE AS AFFORDED BY THE POLICY SHALL APPLY TO CLAIMS ARISING OUT OF ACCIDENTS OCCURRING OUTSIDE THE UNITED STATES OF AMERICA, ITS TERRITORIES OR ITS POSSESSIONS OR CANADA PROVIDED THE ORIGINAL SUIT FOR SUCH DAMAGES IS BROUGHT WITHIN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR ITS POSSESSIONS OR CANADA.

Countersigned _Mildred Francis_
             Authorized Representative

U-GL-115-A (7-8* ed.)

F14592

DR000118


Zurich-American
Insurance Companies

# Endorsement #1?

| Policy No | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End | Agency No | Add. Premium | Return Premium |
|-----------|------------------|------------------|------------------|-----------|--------------|----------------|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured       ST. JOE MINERALS CORP, ET AL

Address (including Zip Code)      250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following

COMPREHENSIVE GENERAL LIABILITY

IT IS HEREBY AGREED AS RESPECTS BLANKET CONTRACTUAL COVERAGE:

LIQUOR LAW EXCLUSION (D), ALIENATED PREMISES EXCLUSION (H) AND CONSTRUCTION
OPERATIONS EXCLUSION (O) ARE DELETED.

IT IS ALSO AGREED THAT UNDER THE CONTRACTUAL LIABILITY SECTION, ANY REFERENCE

TO ANY WRITTEN CONTRACT IS AMENDED TO ANY CONTRACT.

Countersigned _____
Authorized Representative

F14591

U-GL ''1-4 ''2' ed.)

DR000117



Zurich-American
Insurance Companies

# Endorsement

| Policy No. | Eff. Date of Pol | Exp. Date of Pol | Eff. Date of End | Agency No | Addl Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ .. | $ |

Named Insured    ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

> This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:
>
> COMPREHENSIVE GENERAL LIABILITY

AS RESPECTS THE ADDITIONAL INSURED (VENDORS BROAD FORM) ENDT. THE FOLLOWING
APPLIES:

    PROVISION 1 (B) (IV) DOES NOT APPLY TO RE-ADDRESSING OF THE PRODUCTS.

Countersigned _____
    Authorized Representative

F14590

U-GL-113-A (7-81 601)

DR000116



Zurich-American
Insurance Companies

# Endorsement

| Policy No | Eff Date of Pol | Exp Date of Pol | Eff Date of End | Agency No | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured    ST. JOE MINERALS CORP.

Address (including Zip Code)    250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:

COMPREHENSIVE GENERAL LIABILITY

---

IT IS HEREBY AGREED AS RESPECTS ADDITIONAL INSURED (EMPLOYERS) ENDORSEMENT
FORM L9106, EXCLUSION 1, (FELLOW EMPLOYEE EXCLUSION) IS DELETED.

Countersigned _____
Authorized Representative                                                        U-GL-113-A 7-81 ed.

F14589

DR000115


Zurich-American
Insurance Companies

**Endorsement**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End | Agency No. | Add'l Premium | Return Prem. |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named Insured     ST. JOE MINERALS CORP. ET AL

Address (Including Zip Code)     250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following

**COMPREHENSIVE GENERAL LIABILITY**

---

IT IS HEREBY AGREED AS RESPECTS PERSONAL INJURY LIABILITY INSURANCE FORM #92BB,

THE FOLLOWING IS INCLUDED

GROUP D - DISPARAGEMENT, HUMILIATION AND DISCRIMINATION

IT IS FURTHER AGREED THAT EXCLUSIONS (A) AND (C) ARE DELETED.

Countersigned _____
Authorized Representative

U-GL-113-A 1-81 601

F14612

DR000138



Zurich-American
Insurance Companies

# Endorsement

| Policy No. | Eff. Date of Pol | Exp. Date of Pol. | Eff. Date of End | Agency No | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 552 | $ | $ |

Named insured      ST. JOE MINERALS CORP. ET AL

Address (including Zip Code)      250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

---

This endorsement changes such insurance as is afforded by provisions of the policy relating to the following.

### GENERAL LIABILITY

IT IS HEREBY AGREED THAT AS RESPECTS FORM L9259A, COMPREHENSIVE GENERAL

INSURANCE, EXCLUSIONS (H), (K), (L), (Q) ARE DELETED.

Countersigned _____
Authorized Representative

F14566

DR000092


Zurich-American
Insurance Companies

# Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Agency No | Add'l Premium | Return Premium |
|---|---|---|---|---|---|---|
| 80 72 010 | 2-4-83 | 2-4-84 | 2-4-83 | 50 352 | $ | $ |

Named Insured     ST. JOE MINERALS CORP. ET AL

Address (including Zip Code)     250 PARK AVENUE
NEW YORK, N.Y.

This endorsement is issued by the company designated in the Declarations which is the insurer under the above numbered policy issued to the Named Insured and forms a part of said policy as of the effective date hereof, at the hour stated in the policy Declarations.

> This endorsement changes such insurance as is afforded by provisions of the policy relating to the following:
>
> COMPREHENSIVE GENERAL LIABILITY

IT IS HEREBY AGREED AS RESPECTS EMPLOYEE BENEFITS LIABILITY ANY REFERENCE TO

"PROVIDED THE NAMED INSURED AT THE EFFECTIVE DATE, HAD NO

KNOWLEDGE OF OR COULD NOT HAVE REASONABLY FORESEEN ANY CIRCUMSTANCES

WHICH MIGHT RESULT IN SUCH CLAIM", IS DELETED.

Countersigned _____
Authorized Representative

U-GL-115-A -7-61 #61

F14588

DR000114

ZURICH INSURANCE COMPA
AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
231 N. MARTINGALE RD., SCHAUMBURG, IL 66196

·TICE OF REINSTATEMENT
OF CANCELED POLICY

Date of Reinstatement   11-7-83

12:01 A.M. standard time at the address of the named insured

ST. JOE MINERALS CORP.
250 PARK AVENUE
NEW YORK, N.Y.

Policy No.   BO 72 010

Agency   50-552

RECEIVED
NOV 8 1983
INSURANCE DEPT

You are hereby notified that the policy, herein designated __ to you by the above named company, and canceled effective
11-7-83                     , is hereby reinstated and remains in full force and effect as of the above reinstate-
ment date.

This reinstatement shall not be effective with respect to any accident or loss, covered by the designated policy, if such accident
or loss occurred during the period of said cancelation and date of reinstatement.

Respectfully,

MARSH & McLENNAN, INC.
1221 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10020

EILEEN BAIRD
Eileen Baird
Authorized Representative

ORIGINAL

U-GU-2209

F14610

DR000136