UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FLUOR CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant | ) | |
| | ) | |
| v. | ) | No. 4:16CV00429 ERW |
| | ) | |
| ZURICH AMERICAN INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## ORDER

The Court has completed its *in camera* review of John Wilson's Notepad.  The Court has examined the redacted portions of Notes produced to Zurich in Attachment B and Notes not produced to Zurich contained in Attachment C.  In accordance with its Memorandum and Order dated May 26, 2021, the Court orders the following Notes produced to Zurich:

- Attachment B – Redacted 12/6 Note – Produce entire redaction except last paragraph starting with "spoke w/ Larry…"

- Pad 1 2008, Note dated 8/7/08: Produce all of note through "TEL J. Quinn." Portion of note that follows "TEL J. Quinn" need not be produced.

- Pad 2 2010, Note Dated 11/10.

- Pad 2 2010, Note Dated 12/15.  Produce all of note through "Goose Hollow." Portion of note that follows "Goose Hollow" need not be produced.

The Court will permit Fluor 3 days to review and file any objection to the Court's ordered production.  If Fluor has no objections, Fluor will immediately produce the notes as outlined above to Zurich.

So Ordered this 28th day of June, 2021.


_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE