# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| FLUOR CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | No. 4:16CV00429 ERW |
| | ) | |
| ZURICH AMERICAN INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

## FINAL JUDGMENT

This Court previously dismissed Hartford Accident and Indemnity Co. from this case (Dkt. 329), and previously granted summary judgment in favor of Fluor on Zurich's First, Second, and Third Causes of Action (Dkts. 322, 481), dismissed as moot Zurich's Fourth and Fifth Causes of Action (Dkts. 680, 723), and granted summary judgment in favor of Zurich on Fluor's Second Cause of Action (Dkt. 723). Both parties have preserved their rights to appeal these rulings.

The only remaining claims in this case are Fluor's First and Third Causes of Action. The parties have reached a confidential settlement on Fluor's First and Third Causes of Action, and filed a stipulation to dismiss the same (Dkt. 726). The Court has no other parties or claims before it. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that: (1) final judgment is entered on all claims; and (2) Fluor's First and Third Causes of Action are dismissed with prejudice.

So Ordered this 27th day of September, 2021.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE