UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FLUOR CORPORATION, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) No. 4:16CV00429 ERW |
| | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Zurich's motion requesting that the personal identities of non-party individuals be redacted in the Court's Third Sanctions Order before it is unsealed [740]. On October 21, 2021, the Court granted Fluor's Motion to Unseal Court Order [727] and ordered Fluor and Non-Party Doe Run to jointly file a redacted version of the Court's Third Sanctions Order to protect Doe Run's confidentiality interest in some of the information contained therein. Zurich asks that the Court's ruling requiring that the sanctions order be unsealed be tempered by a regard for the privacy interests of the five specific non-parties mentioned by name in the Court's Order.

**IT IS HEREBY ORDERED** Zurich's motion requesting the personal identities of five non-party individuals be redacted in the Court's Third Sanctions Order before it is unsealed [740] is **GRANTED**.  The Court directs that the specified individuals' names be replaced with their initials in the redacted version of the Court's Third Sanctions Order to be filed by Fluor and Non-Party Doe Run.

Dated this 15th day of November, 2021.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE