UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FLUOR CORPORATION,                          )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        Case No. 4:16CV429   HEA
                                            )
ZURICH AMERICAN INSURANCE                   )
COMPANY, et al.,                            )
                                            )
                                            )
        Defendants,                         )

## **ORDER**

This matter is before the Court on the parties' Joint Motion for Leave of the Court to Initiate Contact with the Petit Jury Following Trial, [Doc. No. 1054]. The Motion states the parties seek to have initial contact with the members of the jury who were unable to arrive at a verdict in this matter, which resulted in a mistrial.

The parties seek leave pursuant to Local Rule 7.01(B)(1):

Attorneys and parties to an action shall not initiate, directly or indirectly, communication with any petit juror, relative, friend or associate thereof at any time concerning the action, except with leave of Court .

The Court has reviewed the Motion and the stated reasons therein. The Court finds the parties have not alleged any facts or circumstances that would rise to the level of good cause for allowing the attorneys to contact the petit Jurors. Accordingly, the Motion is denied.

Dated this 16th day of May, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE