UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FLUOR CORPORATION,                      )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        Case No. 4:16CV429   HEA
                                        )
ZURICH AMERICAN INSURANCE               )
COMPANY, et al.,                        )
                                        )
                                        )
        Defendants,                     )

## <u>ORDER</u>

This matter is before the Court on its own Motion. On May 16, 2025, the Court denied the parties' Joint Motion for Leave of the Court to Initiate Contact with the Petit Jury Following Trial, [Doc. No. 1054]. The Motion stated the parties sought to have initial contact with the members of the jury who were unable to arrive at a verdict in this matter, which resulted in a mistrial.

The parties sought leave pursuant to Local Rule 7.01(B)(1):

> Attorneys and parties to an action shall not initiate, directly or indirectly, communication with any petit juror, relative, friend or associate thereof at any time concerning the action, except with leave of Court

.

The Court has thoughtfully reconsidered its initial denial of the parties' request. Under the circumstances of the previous mistrial and the upcoming trial of

this matter, the Court is of the opinion that initial contact of the original jurors may advance the interests of the parties herein.

Accordingly, the Order dated May 16, 2025 is vacated. The Joint Motion for Leave of the Court to Initiate Contact with the Petit Jury Following Trial, [Doc. No. 1054], is GRANTED.

Dated this 4th  day of September, 2025.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE