UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FLUOR CORPORATION, et al., | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
|   v. | )    No. 4:16-CV-00429-HEA |
| | ) |
| ZURICH AMERICAN INSURANCE | ) |
| COMPANY, et al., | ) |
| | ) |
|     Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

☒     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐     **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐     **Decision by Verdict.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED that the jury found in favor of Defendant**.


November 19, 2025                   *Nathan M. Graves*
Date                              Clerk of Court


                   By:     /s/ Jennifer Bailey
                            Deputy Clerk