**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| FLUOR CORPORATION,<br><br>        Plaintiff,<br><br>   vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Case No. 4:16-CV-00429 HEA<br><br>Hon. Henry E. Autrey |

## FLUOR CORPORATION'S MOTION FOR A NEW TRIAL

Pursuant to Federal Rule of Civil Procedure 59, Plaintiff Fluor Corporation ("Fluor") respectfully moves this Court for the entry of an order granting a new trial. In support of this Motion for a New Trial ("Motion"), Fluor files the accompanying Memorandum in Support and the Declaration of Steven Lesan and the exhibits attached thereto, and incorporates the arguments therein into this Motion. A new trial is warranted because (A) the jury was erroneously asked to resolve legal questions regarding the first two elements of bad-faith refusal to settle ("BFRS"), (B) Zurich's closing argument misled the jury about three elements of BFRS, (C) improper evidence was admitted and improper jury instructions were given regarding Zurich's reservation of rights, (D) the verdict was against the weight of the evidence, and (E) evidence of Zurich's bad faith was erroneously excluded. Accordingly, for each of these reasons and the reasons stated in Fluor's Memorandum, Fluor respectfully requests that the Court grant Fluor's Motion and order a new trial.

1

DATED:     December 17, 2025          Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ John T. Ryan*
John T. Ryan # 211899CA
Brook B. Roberts # 214794CA
Steven Lesan # 294786CA
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 telephone
858.523.5450 fax
*jake.ryan@lw.com*
*brook.roberts@lw.com*
*steven.lesan@lw.com*

Joseph Serino, Jr. # 2407492NY
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
212.906.1200 telephone
212.751.4864 fax
*joseph.serino@lw.com*

Grant Strother # 284612CA
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
415.395.8083 telephone
415.395.8095 fax
*grant.strother@lw.com*

Kirsten C. Jackson # 265952CA
**LATHAM & WATKINS LLP**
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
424.653.5500 telephone
424.653.5501 fax
*kirsten.jackson@lw.com*

Booker T. Shaw # 25548MO
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
314.552.6087 telephone
314.552.7000 fax

2

*bshaw@thompsoncoburn.com*

**ATTORNEYS FOR PLAINTIFF FLUOR CORPORATION**