**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| FLUOR CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:16-CV-00429 HEA <br><br> Hon. Henry E. Autrey <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Fluor Corporation ("Fluor") appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Civil Case entered on November 19, 2025 (Dkt. 1176), and all orders underlying the judgment, including, but not limited to: (1) the district court's order entered on June 30, 2026 (Dkt. 1222) denying Fluor's motion for a new trial; and (2) the district court's order entered on September 21, 2020 (Dkt. 481) denying Fluor's motion for summary judgment.  This Notice is being filed within 30 days of the district court's order denying Fluor's motion for a new trial pursuant to Federal Rule of Civil Procedure 59.  Fed. R. App. P. 4(a)(1)(A), (4)(A)(v), (4)(B)(ii).

DATED:    July 29, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ John T. Ryan*
John T. Ryan # 211899CA
Brook B. Roberts # 214794CA
Steven Lesan # 294786CA
**LATHAM & WATKINS LLP**
12670 High Bluff Drive
San Diego, CA 92130
858.523.5400 telephone
858.523.5450 fax

1

*jake.ryan@lw.com*
*brook.roberts@lw.com*
*steven.lesan@lw.com*

Joseph Serino, Jr. # 2407492NY
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
212.906.1200 telephone
212.751.4864 fax
*joseph.serino@lw.com*

Grant Strother # 284612CA
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
415.395-8083 telephone
415.395.8095 fax
*grant.strother@lw.com*

Booker T. Shaw # 25548MO
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
314.552.6087 telephone
314.552.7000 fax
*bshaw@thompsoncoburn.com*

*ATTORNEYS FOR PLAINTIFF FLUOR CORPORATION*