US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:**                                                           **USCA#:**

Fluor Corporation v. Zurich American Insurance Company et al

**Case Number:**

4:16-CV-00429-HEA

**Plaintiff:**                                    **Defendant:**

FLUOR CORPORATION, et al.                        ZURICH AMERICAN INSURANCE COMPANY, et al.

**Attorney:**                                     **Attorney:**

SEE DOCKET SHEET                                 SEE DOCKET SHEET

**Court Reporter(s):**                            Please return files and documents to:

Carla Klaustermeier                              Clerk for Eastern District of Missouri
Reagan Fiorino
Susan Moran                                       Person to contact about the appeal:
Lisa Paczkowski
Angela Daley                                      Jason Dockery at 3143-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| 11 DAYS | PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?:  No      Where:

**Please list all other defendants in this case if there were multiple defendants:**